FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 JUN 21 PM 3: 4 .
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JOE WILLIAM FORD, JR.,                    )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )          No. 05-2017 Ma/V
                                          )
CITY OF MEMPHIS, et al.,                  )
                                          )
        Defendants.                       )

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

---

Before the court is plaintiff Joe William Ford, Jr.'s ("Ford")
"Motion For Leave to Amend Complaint," filed on March 29, 2005.
Defendants City of Memphis, Officer K. Workman, individually and as
an employee of the Memphis Police Department, and Officer Marvin A.
Richardson, individually and in his official capacity as officer
and employee of the Memphis Police Department, have not filed a
response.[1]

"Rule 15(a) governs amendments to pleadings and provides that
after a responsive pleading is filed, 'a party may amend the
party's pleading only by leave of court or by written consent of
the adverse party; and leave shall be freely given when justice so

---

[1] Ford states in the Certificate of Consultation filed with his motion that
his counsel "has consulted with opposing counsel regarding Plaintiff's Motion for
Leave to Amend Complaint and Mr. Klein and Ms. McKinney are unable to consent but
will not file an objection [to] said motion." Mr. Klein is the lead counsel for
the City of Memphis. Ms. McKinney is the lead counsel for the two individually
named officers.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

requires.' Fed. R. Civ. P. 15(a). Leave to amend may be denied when it would result in undue delay, prejudice to the opposing party, or repeated failure to cure deficiencies in the complaint." <u>Phelps v. McClellan</u>, 30 F.3d 658, 662 (6th Cir. 1994) (citing <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962); <u>Duchon v. Cajon Co.</u>, 791 F.2d 43, 48 (6th Cir. 1986)). For good cause shown, the court GRANTS Plaintiff's motion.

So ordered this 21st day of June 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02017 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT