IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 29 PM 5:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JOE WILLIAM FORD, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MEMPHIS, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 05-2017 Ma/V <br> ) <br> ) <br> ) <br> ) |

**ORDER DENYING AS MOOT DEFENDANTS CITY OF MEMPHIS', OFFICER MARVIN RICHARDSON'S AND OFFICER K. WORKMAN'S MOTIONS TO DISMISS**

Before the court are the City of Memphis' motion to dismiss, filed on January 25, 2005, Officer Kent Workman's motion to dismiss, filed on January 27, 2005, and Officer Marvin Richardson's motion to dismiss, filed on March 16, 2005. Joe William Ford filed a motion for leave to amend his Complaint on March 29, 2005, which the court granted on June 21, 2005. Ford subsequently filed an Amended Complaint on July 5, 2005. Consequently, defendants City of Memphis', Officer Workman's, and Officer Richardson's motions to dismiss are DENIED as moot.

So ordered this 28th day of July 2005.

_[signature]_

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02017 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Samuel Mays
US DISTRICT COURT