IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOE WILLIAM FORD, JR.,

    Plaintiff,

vs.

                                          No.: 05-2017 - Ma V

CITY OF MEMPHIS, et al.,

    Defendants.

## ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER

On this day came on for consideration Defendants' Joint Motion To Amend Scheduling Order in this cause, and the Court having considered same is of the opinion that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the scheduling order in this cause is amended as follows: (1) the defendants' Rule 26 expert information is to be disclosed by Friday, January 27, 2006; (2) all discovery, including document production, depositions, expert witness depositions, interrogatories, and requests for admissions, must be completed by Thursday, February 14, 2006; and (3) all dispositive motions must be filed by Tuesday, February 28, 2006. All other dates shall remain the same.

*Diane K. Vescovo*
United States ~~District Judge~~ Magistrate

December 19, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:05-CV-02017 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT